IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT DUTKEVITCH, as now an )
Adult, and SHARON DUTKEVITCH, )
                              )
            Plaintiffs,       )
                              )
        vs.                   )    3:10-cv-690
                              )
KING, SPRY, HERMAN, FREUND &  )
FAUL, LLC, et al.,            )
                              )
            Defendants.       )

ORDER

AND NOW, this 12th day of January, 2012, IT IS HEREBY ORDERED that the stay of the proceedings in the above captioned matter imposed by the Court by Order dated May 5, 2010, is LIFTED.

IT IS FURTHER ORDERED that, in light of the Third Circuit Court of Appeals' July 21, 2011 Judgment and Opinion affirming the dismissal of Plaintiffs' claims at CA 07-1672, and in light of this Court's January 12, 2012 Order dismissing Plaintiffs' claims at CA 09-1041, Plaintiffs shall, no later than February 1, 2012, file a position with the Court showing cause why the claims raised in the above captioned matter should not be dismissed.

s/Alan N. Bloch
United States District Judge

ecf:    Counsel of record

cc:     Sharon Dutkevitch
        Vincent Dutkevitch
        114 South Main Street, Rear
        Pittston, PA  18640
        (forwarded regular and certified mail)